■ In the Matter of KEITH F. LANNON, as Parent and Natural Guardian of CINDY M. LANNON, an Infant, Respondent, v TOWN OF HENRIETTA, Appellant. (Appeal No. 1.) — Order unanimously affirmed, with costs. Memorandum: Special Term did not abuse its discretion in granting the infant leave to file a late notice of claim. Contrary to defendant's assertion, the court properly considered the disability of infancy even though it was not the cause of the delay in filing the notice (*see, Matter of Ziecker v Town of Orchard Park,* 70 AD2d 422, 427, *affd* 51 NY2d 957). (Appeal from order of Supreme Court, Monroe County, Tillman, J. — late notice of claim.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and O'Donnell, JJ.